IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JENNIE LOU REEDY                                                                PLAINTIFF

VS.                                                           CIVIL ACTION NO. 2:18-cv-78-KS-MTP

HARBOR LOANS OF PETAL, LLC                                         DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on May 7, 2018, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and Plaintiff's Motion to Proceed *in forma pauperis* [2] is DENIED. Further, Plaintiff is given sixty (60) days from the date of this Order to pay all the costs associated with the filing of this lawsuit, and should Plaintiff fail to timely pay all of the costs associated with the filing of this lawsuit, this matter will be dismissed without prejudice and without further notice.

SO ORDERED, this the ___27th___ day of June, 2018.

                ___s/Keith Starrett_____
                UNITED STATES DISTRICT JUDGE